

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00137-CV

Adam J. Villanueva
v.
Lazarus Energy Holdings, LLC

On Appeal from the
2nd 25th District Court of Gonzales County, Texas
Trial Court Cause No. 27,641-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 30, 2023